IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO ROBINSON,<br><br>    Defendant. | 8:19-CR-176<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date,

IT IS ORDERED:

1. Defendant Antonio Robinson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Filing 64, is denied; and

2. The Clerk will mail a copy of this Memorandum and Order to Antonio Robinson at his last known address.

Dated this 1st day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge