IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO ROBINSON,<br><br>Defendant. | 8:19–CR–176<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

    This matter is before the Court on a Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 76. The Office of the Federal Public Defender was appointed to represent Robinson in this case pursuant to General Order No. 2023-09 in order to determine whether he qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 72. Neither Robinson nor his attorney have filed any motions for relief based upon the aforementioned guideline amendments. Mr. Stickman advises the Court that after reviewing the relevant documents in Robinson's case, he has determined that Robinson is not entitled to any sentencing relief because Robinson "received a mandatory minimum sentence and Amendment 821 does not allow for a sentence below the mandatory minimum." Filing 76 at 1. The Court agrees. Accordingly,

    IT IS ORDERED: Mr. Stickman's Motion to Withdraw, Filing 76 is granted.

    Dated this 26th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge