IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-176 |
| vs. | ORDER |
| ANTONIO ROBINSON, | |
| Defendant. | |

This matter is before the Court on the defendant's pro se Motion to Receive a Copy of his Presentence Investigation Report in order "to handle some other legal situations." Filing 79. The defendant does not explain what these "other legal situations" are. Filing 79. The Court notes that in February 2021, it denied a pro se motion filed by the defendant for relief under 18 U.S.C. § 2255. Filing 66. NECrimR 32.2(c)(3) provides, "All copies of the presentence report given to a pro se defendant must be returned to the United States Probation and Pretrial Services Office after sentencing. No copies or any dissemination of the presentence report or information in the report may be made. Unauthorized copying or disclosure is an act in contempt of court and is punished accordingly." Thus, in accordance with NECrimR 32.2(c)(3), the defendant is not entitled to a copy of the Presentence Investigation Report. Accordingly,

IT IS ORDERED that the defendant's Motion to Receive a Copy of his Presentence Investigation Report, Filing 79, is denied.

Dated this 10th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge